HENSON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Eva Henson, as administratrix, against the Lehigh Valley Railroad Company.

PER CURIAM. Order modified, by requiring the plaintiff to pay, in addition to the amount of costs awarded at the Special Term, costs in

the Appellate Division and the Court of Appeals, and, as so modified, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for affirmance. See, also 117 N. Y. Supp. 119.